UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEDRICK DAVIS,

Plaintiff

v.

K. BEAVER, *et al*.,

Defendants

Case No. 3:25-CV-00665-MMD-CSD

ORDER

## I. DISCUSSION

### A. Change of Address

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until November 23, 2026, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by November 23, 2026, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by November 23, 2026, or pay the full filing fee of $405.

### B. Motion for Status Update Report

On April 13, 2026, Plaintiff filed a "Motion for Status Update Report." (ECF No. 5.) As the court clerk advised you in the "Advisory Letter" confirming receipt of your initial

filings, (ECF No. 3), due to the large number of inmate civil rights actions pending before the Court, the Court is unable to respond in writing to individual inquiries regarding the status of your case. Plaintiff is advised, however, that your case is in line for screening, which may take many months to complete to the large volume of cases pending before the Court. Plaintiff must await the Court's initial review of cases filed ahead of yours which are being addressed at present. Once you update your address, you will receive all court decisions which might affect the status of your case. Accordingly, Plaintiff's Motion for Status Update Report, (ECF No. 5), is denied.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by November 23, 2026.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by November 23, 2026, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

It is further ordered that Plaintiff's Motion for Status Update Report, (ECF No. 5), is denied.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: October 23, 2026.

UNITED STATES MAGISTRATE JUDGE